154 A.3d 679

DEBORAH ANDERSON, PLAINTIFF-PETITIONER, v. TARANCE BRYANT, DEFENDANT, AND CITY OF JERSEY CITY, AND JERSEY CITY POLICE DEPARTMENT, DEFENDANTS-RE-SPONDENTS.

October 14, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-5423/5609-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.